Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
ALCOHOL MONITORING SYSTEMS AND
SCRAM OF CALIFORNIA, INC.

J. Alan Frederick (SBN 61170)
E-mail: alanfrederick@mrfflaw.net
Paul J. Whitfield (SBN 241651)
E-mail: paulwhitfield@mrfflaw.net
MARRONE, ROBINSON, FREDERICK &
FOSTER
111 N. First Street, Suite 209
Burbank, CA 91502-1851
Tel: (818) 841-1144    Fax: (818) 841-0746

Attorneys for Defendant
SCRAM OF CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>SCRAM OF CALIFORNIA, INC., a California Corporation; ALCOHOL MONITORING SYSTEMS, INC., a Delaware Corporation; EDMUND G. BROWN, Jr., in his individual capacity and as GOVERNOR; KAMALA D. HARRIS, in her individual capacity and as ATTORNEY GENERAL; BELA SZIGETHY, individually and official capacity; THE RIVERSIDE COMPANY, INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:17-cv-00237-SVW-AJW<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Magistrate Judge Andrew J. Wistrich |

1    TO THE COURT, AND PLAINTIFF ANTHONY OLIVER, *IN PRO PER*:

2    Defendants ALCOHOL MONITORING SYSTEMS AND SCRAM OF

3    CALIFORNIA, INC., hereby submits this Notice of Interested Parties in this

4    action.  The undersigned, counsel of record for Defendants, certify that the

5    following listed parties have a direct, pecuniary interest in the outcome of this

6    case.  These representations are made to enable the Court to evaluate possible

7    disqualification or recusal.

8    For ALCOHOL MONITORING SYSTEMS, INC., the following persons or

9    corporations have an interest over 10%:  Michael Iiams, CEO, and The Riverside

10   Company.  AMS also has a direct pecuniary interest in the outcome of this case, as

11   it is a named defendant and is providing the legal defense for AMS.

12   For SCRAM OF CALIFORNIA, ,INC., the following are interested

13   parties:  Aaron Fleisher, CEO, and Admiral Insurance Company (SCRAM's

14   insurer).  SCRAM also has a direct pecuniary interest in the outcome of this case, as

15   it is a named defendant and is providing the legal defense for SCRAM.

16   Dated:  March 30, 2017              BURKE, WILLIAMS & SORENSEN, LLP

17

18                                       By:  /s/ Susan E. Coleman
19                                            Susan E. Coleman

20                                       Attorneys for Defendants
                                         ALCOHOL MONITORING SYSTEMS
21                                       AND SCRAM OF CALIFORNIA, INC.

22   Dated:  March 30, 2017              MARRONE, ROBINSON, FREDERICK
                                         & FOSTER
23

24                                       By:  /s/ Paul J. Whitfield
25                                            Paul J. Whitfield
                                              J. Alan Frederick
26
                                         Attorneys for Defendant
27                                       SCRAM OF CALIFORNIA, INC.

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4822-2143-4950 v1          - 2 -          2:17-CV-00237-SVW-AJW
                                             NOTICE OF INTERESTED PARTIES

1

## PROOF OF SERVICE

2

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071.

4

5

On March 30, 2017, I served the document described as

6

**1.      NOTICE OF INTERESTED PARTIES**

7

8

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

9

10

Anthony Allen Oliver, #17112828
446 Alta Road, No. 5300
San Diego, CA 92158
E-mail: anthony.oliver29@rocketmail.com

11

12

*PLAINTIFF IN PRO SE*

13

14

☒      (BY MAIL)  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.  I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15

16

17

18

19

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

20

21

Executed on March 30, 2017 at Los Angeles, California.

22

23

_____
Terri Mehra

24

25

26

27

28

LA #4813-1190-2528 v1