Anthony Oliver #17112828
446 Alta Road Suite 5300
San Diego, CA 92158



United States District Court
Central District of California

Anthony Oliver          Case No.: CV-17-00237
                                        (SVW) (AJW)

V.                      Plaintiffs Notice of Dismissal
                              without prejudice

Scram of California, INC.


Pursuant to Federal rules of Cival procedure, rule 41, plaintiff hereby dismisses this action without prejudice. Plaintiff has no access to a law library without a court order, also the court denied plaintiffs request for extension of time to retain counsel

and defendants faild to provide copies of all pending motions.

APRIL 17 2017
Respectfuly submitted

X ⎯⎯⎯⎯

## Certificate of Service

Pursuant to the courts CM/ECF program copies of this document has been served with a copy of this document.